UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROLDANDO MORENO,

                              Plaintiff,

Docket No.: 16-cv-05865

**NOTICE OF APPEARANCE**

- against –

MARK PAV,

                              Defendant.
-----------------------------------------------------------------X

**TO:** The Clerk of the Court and all parties of record.

**PLEASE TAKE NOTICE**, that I, MICHAEL C. O'MALLEY, ESQ, am admitted to practice in this Court and I appear in the above-captioned action as Counsel and attorneys for plaintiff Roldando Moreno.

**PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action must also be served upon DELL & DEAN, PLLC.

Dated: Garden City, NY
        February 2, 2017

                                              Yours, etc.

                                              _____
                                              Joseph G. Dell, Esq.(JD-7315)
                                              Michael C. O'Malley (MO-0317)
                                              DELL & DEAN, PLLC
                                              Attorney for Plaintiff
                                              Roldando Moreno
                                              1225 Franklin Avenue
                                              Suite 450
                                              Garden City, NY 11530
                                              (516) 880-9700

TO: RUBIN, FIORELLA & FRIEDMAN, LLP
*Attorneys for Defendants*
630 Third Avenue, 3rd Floor
New York, NY 10017
Telephone: (212) 953-2381
Fax: (212) 953-2462
Email: jmercante@rubinfiorella.com

2